IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TONYEL Y. BELL, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-121 (HL) |
| | * |
| TIFT COUNTY HIGH SCHOOL, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of May, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk